THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE 
 CITED OR RELIED ON IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 In the Interest of Charles Steven B.,       
 Appellant. 
 
 
 

Appeal From Greenwood County
Billy A. Tunstall, Family Court Judge

Unpublished Opinion No. 2004-UP-225
Submitted January 29, 2004  Filed March 
 30, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, Office of Appellate 
 Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor W. Townes Jones, IV, of Greenwood, for Respondent.
 
 
 

 PER CURIAM:  Charles pled guilty 
 to one count of simple assault and battery, one count of disturbing schools, 
 one count of hindering an officer, and two counts of assault and battery of 
 a high and aggravated nature.  Subsequently, the family court committed him 
 to the Department of Juvenile Justice for an indeterminate period of time.  
 Pursuant to Anders v. California, 386 U.S. 738 (1967), Charles counsel 
 attached a petition to be relieved.  Charles did not file a pro se response.
After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss Charles appeal and grant counsels petition 
 to be relieved.
 APPEAL DISMISSED. 
 [1] 
GOOLSBY, HOWARD, and KITTREDGE,
JJ., concurring.

 
 
 [1] Because oral argument would not aid the Court in resolving any issue 
 on appeal, we decide this case without oral argument pursuant to Rule 215 
 and 220(b)(2), SCACR.